

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lloyd Leroy Webster, Jr., Appellant

No. 06-17-00093-CR     v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR16-121). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render a judgment of acquittal.

      We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED NOVEMBER 1, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk